BEFORE THE FIRST DIVISION, NOVEMBER 18, 1963

No. 68113.—Theo. L. Stern & Co., Inc., et al. *v.* United States, protests 293411–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.